**Electronically Filed
Supreme Court
SCWC-30681
27-JAN-2012
08:25 AM**

NO. SCWC-30681

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

STEPHEN P. FORMAN, also known as Brazil,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30681; CR. NO. 09-1-0987)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Defendant-Appellant Stephen P. Forman's

application for writ of certiorari filed on December 21, 2011, is

hereby rejected.

DATED: Honolulu, Hawai'i, January 27, 2012.

Jefferson S. Willard
on the application for
petitioner/defendant-
appellant.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

